IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRAVIS ALAN-CODY PAIR, Defendant. | CR 22-110-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 37). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on January 27, 2023 (Doc. 30); and

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21

1

U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture (Doc. 37) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Kahr, model CW9, 9mm caliber semi-automatic pistol, SN: EM8730; and
- 5 rounds of 9mm ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 6th day of September, 2023.

SUSAN P. WATTERS
United States District Court Judge

2